COMMONWEALTH of Pennsylvania, Respondent

v.

**Lawrence JEFFRIES, Petitioner**

No. 429 EAL 2016

Supreme Court of Pennsylvania.

February 15, 2017

## ORDER

PER CURIAM

AND NOW, this 15th day of February, 2017, the Petition for Allowance of Appeal is **DENIED**.

**COMMONWEALTH of Pennsylvania, Respondent**

v.

**Darryl YOUNG, Petitioner**

No. 447 EAL 2016

Supreme Court of Pennsylvania.

February 15, 2017

## ORDER

PER CURIAM

AND NOW, this 15th day of February, 2017, the Petition for Allowance of Appeal is **DENIED**.